**EXHIBIT:**

**PROPOSED ASSOCIATIONAL RESTRICTION LIST**

During the period of his supervised release, the defendant shall have no contact with, and shall not associate with, any of the individuals listed below without the prior approval of his probation officer.  Each of the persons listed below is alleged by the government to be members or significant criminal associates of the Latin Kings street gang in New Bedford.

1. Jouseph Caraballo
2. Pedro Figueroa
3. William Figueroa
4. Terrill McKissack
5. Juan Serrano
6. Ezequiel Quinones
7. Ramon Sanchez
8. Gabriel Vasquez
9. Jesus Carrasquillo
10. Jordan Jorge
11. Javier Natal
12. Giovanni Vale-Valentin
13. Enoe Carrasquillo
14. Mari Gomez
15. Manuel Torres

16. Rafael Pineda

17. Felicia Timoteo

18. Sandra Torres

19. Irvin Olivero

20. Luis Lopez

21. Diego Perez

22. Jesmial Ortiz