UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Cr. No. 12-10172-NMG |
| ) | |
| LUIS GUERRA, ) | |
| Defendant ) | |

**GOVERNMENT'S OPPOSITION TO DEFENDANT'S MOTION FOR RELEASE**

On November 1, 2013, the defendant pleaded guilty to a one-count Indictment charging him with distribution of cocaine base. On May 21, 2014, this Court sentenced the defendant to 102 months in prison. On May 31, 2014, the defendant filed an emergency motion requesting that he be released from custody for several hours to attend his mother's memorial service. The government opposes the defendant's motion.

The defendant has been convicted of a drug distribution offense and sentenced to a lengthy term of imprisonment. Accordingly, he must be detained pending appeal. See 18 U.S.C. § 3143(b)(2) ("The judicial officer shall order that a person who has been found guilty of an offense in a case described in subparagraph (A), (B), or (C) of subsection (f)(1) of section 3142 and sentenced to a term of imprisonment, and who has filed an appeal . . . be detained") (emphasis added). Given the clear language of the statute and the defendant's serious criminal history, which include numerous convictions for drug

distribution offenses, the government opposes the defendant's motion.

<pre>
                                Respectfully submitted,

                                CARMEN M. ORTIZ
                                United States Attorney

                           By:  /s/ Christopher Pohl
                                Christopher Pohl
                                Assistant U.S. Attorney
</pre>

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) on June 2, 2014.

<pre>
                                /s/ Christopher Pohl
                                Christopher Pohl
                                Assistant U.S. Attorney
</pre>