UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CRIMINAL No. : 12-10172

UNITED STATES OF AMERICA
V

LUIS GUERRA

EMERGENCY MOTION FOR RELEASE TO PAY RESPECTS TO HIS DECEASED MOTHER.

    The defendant, Luis Guerra moves this Honorable Court to permit his release for the purpose of paying his respects to his mother who died on May 23,2014 of heart failure. His brother died of cancer on April 18,2014. If allowed, he would go to the funeral home and spend about one half hour with his mother. He would be accompanied at all times by his sister-in law, the funeral home director and a minister. If allowed, he would leave the Courthouse at 9 A.M. and return to the Courthouse no later than 1 P.M. The Funeral Home is Perry Funeral Home on Dartmouth Street in New Bedford, MA. Mr. Guerra requests Thursday, June 3,2014 although the funeral home will be flexible about dates and times to accomodate the Court.

    The undersigned attorney spoke to the U.S. Marshalls who no longer will transport anyone for funerals. If this motion is allowed, they will bring Mr. Guerra to the Courthouse where he would be transported by his sister -in- law, Allison Cabral and returned to the Courthouse. ( Ms. Cabral's identification information has been sent to Christopher Pohl, the assistant United States Attorney). Ms. Cabral is willing to sign an unsecured bond if the Court so requires.

    The government opposes this motion.

Respectfully Submitted,

   /s/ Lenore Glaser         May 30, 2014
Lenore Glaser, Esq. BBO # 194 220
One Commercial Wharf North
Boston, MA. 02110
617 753-9988
lglaser@glaser-law.com

CERTIFICATE OF SERVICE

    I. Lenore Glaser, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on :May 30, 2014   /s/ Lenore Glaser

*Motion denied. /s/ NMGorton, USDJ 6/3/14*